

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00716-CV

Samuel R. **BUILTA** a/k/a Sam Builta, Individually and d/b/a Technical Services System,
Appellant

v.

**PARAGON, INC.**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 393227
Honorable Karen Crouch, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against appellant Samuel R. Builta, individually, and d/b/a Technical Services System.

SIGNED August 1, 2018.

_____
Patricia O. Alvarez, Justice